UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 1:99-cr-132

v.        Hon. Gordon J. Quist

EDWIN D. WOOD, II,

        Defendant.
_____/

**ORDER GRANTING IN FORMA PAUPERIS STATUS ON APPEAL**

Pending before the court is defendant's motion to proceed in forma pauperis on appeal (docket no. 210).

Fed. R. App. P. 24(a)(3) provides in pertinent part that "[a] party . . . who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization" unless the court certifies that the appeal is not taken in good faith, finds that the party is not entitled to proceed in forma pauperis, or a statute provides otherwise. Defendant has met the requirements of Rule 24(a)(3). The court found defendant to be indigent and appointed CJA attorneys to represent him in the underlying criminal action. *See* docket nos. 16, 20. There is no factual or statutory basis to prevent defendant from proceeding in forma pauperis in this matter. Accordingly, petitioner's motion to appeal in forma pauperis is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  December 5, 2007                              /s/ Hugh W. Brenneman, Jr.
                                                               HUGH W. BRENNEMAN, JR.
                                                               United States Magistrate Judge